KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-7234
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHEKESHA DAVIS-PETERSON, <br><br> Defendant. | No.: CR 05-00369 JSW <br><br> PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared in United States Magistrate Court on the instant matter on July 8, 2005. The matter was continued until July 13, 2005 for identification of counsel and detention hearing. Time was not excluded.

2. On July 13, 2005, counsel appeared and the matter was continued until July 15, 2005 for a detention hearing in order to allow Pretrial Services to prepare a bail review report for the parties and the Court's consideration. Time was excluded.

3. On July 15, 2005, the parties agreed upon release conditions for the defendant. V. Roy Lefcourt, who represents the defendant, requested that the matter be continued until August 11, 2005, before the Honorable Jeffrey S. White for an initial appearance. Defense counsel

1 | requested an exclusion of time based upon continuity of counsel until that time. The government
2 | joined in that request.
3 |     4. In light of the foregoing facts, the failure to grant the requested exclusion would
4 | unreasonably deny the defendant continuity of counsel. <u>See</u> 18 U.S.C. § 3161(h)(8)(A), (B)(iv).
5 | The ends of justice would be served by the Court excluding the proposed time period. These
6 | ends outweigh the best interest of the public and the defendant in a speedy trial. <u>See id.</u> §
7 | 3161(h)(8)(A).
8 |     5. For the reasons stated, the time period from July 15, 2005 through August 11. 2005, shall
9 | be excluded from the calculation of time under the Speedy Trial Act.
10 |     SO STIPULATED.
11 | DATED: 7/19/05                          Respectfully Submitted,

                                                /s/
                                     SUSAN R. JERICH
                                     Assistant United States Attorney

DATED:

                                     V. ROY LEFCOURT
                                     Counsel for Defendant Chekesha Davis-Peterson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/20/05                               
                                     HON. ~~EDWARD M. CHEN~~ NANDOR VADAS
                                     United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
CR 05-00124 SI                          2

FROM : 2019_Webster_St. Case 3:05-cr-00369-JSW FAX NO. : 415 441 1788 Document 9 Filed 07/21/05 Jul. 13 2005 03:14PM Page 3 of 4 P2

P.03

requested an exclusion of time based upon continuity of counsel until that time. The government joined in that request.

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from July 15, 2005 through August 11, 2005, shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 7/19/05                                                      Respectfully Submitted,


                                                                    /s/
                                                                    _____
                                                                    SUSAN R. JERICH
                                                                    Assistant United States Attorney

DATED: 7/19/05

                                                                    _____
                                                                    V. ROY LEFCOURT
                                                                    Counsel for Defendant Chekesha Davis-Peterson

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:
                                                                    _____
                                                                    HON. EDWARD M. CHEN
                                                                    United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
CR 05-00124 SI                                   2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Chekesha Davis-Peterson</u>, No. CR 05-00369 JSW, was served today as follows:

<u>Via Facsimile Delivery</u>
V. Roy Lefcourt
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
Facsimile no: 415-441-1789

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2005 at San Francisco, California.

/s/
Rawaty Yim
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 05-00124 SI                                    3