| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | SUSAN R. JERICH (CSBN 188462)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7158 |
| 7 | FAX: (415) 436-7234<br>Email: susan.jerich@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00369 JSW |
| Plaintiff, | ) | |
| | ) | UNITED STATES' MOTION TO UNSEAL |
| vs. | ) | SEARCH WARRANT APPLICATION |
| | ) | AND AFFIDAVIT AND ~~[PROPOSED]~~ |
| CHEKESHA DAVIS-PETERSON, | ) | ORDER |
| Defendant. | ) | |

The United States of America hereby moves the Court for an order unsealing the Application and Affidavit for Search Warrant in this matter. The government wished to produce these materials to defense counsel as part of its discovery obligations in <u>United States v. Chekesha Davis-Peterson</u>, CR 05-00369 JSW. There is no longer an investigative need requiring the Application and Affidavit to remain under seal.

DATED: August 12, 2005            Respectfully Submitted,

KEVIN V. RYAN
United States Attorney
   /s/
SUSAN R. JERICH
Assistant United States Attorney

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Upon the Motion of the United States, the Clerk of the Court is directed to unseal the |
| 3 | Application and Affidavit filed in this matter. |
| 4 | IT IS SO ORDERED. |

DATED: August 12, 2005

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
United States District Court Judge

MOTION TO UNSEAL AND ORDER
CR 05-00369 JSW