V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
CHEKESHA DAVIS-PETERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00369 JSW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | BRIEFING SCHEDULE AND PROPOSED |
| v. ) | ORDER |
| ) | |
| CHEKESHA DAVIS-PETERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parities stipulate and agree, and the Court finds and holds as follows:

1. Subsequent to the last calling of the case, the Government learned that a portion of the search warrant affidavit in this matter is under seal pursuant to State Superior Court Judge James J. McBride.

2. The Government has endeavored, thus far unsuccessfully, to obtain a copy of the under seal portion of the state search warrant affidavit at issue in this matter.

3. The Government anticipates that it will obtain the under seal portion of the search

STIPULATION TO CONTINUE BRIEFING SCHEDULE
AND ~~PROPOSED~~ ORDER
No. CR 05-00369 JSW

1  warrant by September 22, 2005, the date currently set for hearing in this matter. However, the
2  Government was unable to secure the affidavit and provide it to counsel in time for defense
3  counsel to comply with the September 6, 2005 deadline.
4  
5      4. The parties respectfully requests that this Court vacate the briefing schedule currently
6  set in this matter and instead requests that the parties appear as previously scheduled on
7  September 22, 2005 at 2:30 p.m. to choose new dates for a briefing schedule.
8  
9  SO STIPULATED.

DATED: September 7, 2005           Respectfully submitted,


                                   _____/s/_____
                                   V. ROY LEFCOURT
                                   Attorney for Defendant
                                   Chekesha Davis-Peterson


DATED: September 8, 2005

                                   _____/s/_____
                                   SUSAN JERICH
                                   Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 19, 2005          /s/ Jeffrey S. White
                                   HON. JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE BRIEFING SCHEDULE
AND ~~PROPOSED~~ ORDER
No. CR 05-00369 JSW