KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
San Francisco, California 94102
Telephone:         (415) 436-7158
Fax:               (415) 436-7234

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00369 JSW |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| CHEKESHA DAVIS-PETERSON, | ) | |
| Defendant. | ) | |

        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the above-captioned

Indictment.

DATED:        September 22, 2005          Respectfully submitted,

                                          KEVIN V. RYAN
                                          United States Attorney


                                          _____
                                          SUSAN R. JERICH
                                          Assistant United States Attorney

**LEAVE GRANTED**:

DATED:        September 22 , 2005

                                          _____
                                          HONORABLE JEFFREY S. WHITE
                                          United States District Court Judge