V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
CHEKESHA DAVIS-PETERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR 05-00369 JSW |
| Plaintiff, | |
| v. | |
| CHEKESHA DAVIS-PETERSON, | |
| Defendant. | |

**ORDER EXONERATING BAIL**

A dismissal of the above-entitled action was on September 22, 2005 in United States District Court, before the Honorable Jeffrey S. White.

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that bail posted in the above-entitled matter is hereby exonerated.

Dated: October 3, 2005

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT